# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cr-00094-TWP-TAB |
| | ) |
| JEREMY GIBSON, | ) -02 |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Jeremy Gibson's Motion to Dismiss Count 17 of Superceding Indictment (Dkt. 118). The Government shall respond no later than September 14, 2021.

IT IS SO ORDERED.

Date: 8/31/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Katherine Gray DeVar
U.S. DEPARTMENT OF JUSTICE
katherine.devar@usdoj.gov

Mary J. Hahn
U.S. DEPARTMENT OF JUSTICE
mary.hahn@usdoj.gov

Nicholas J. Linder
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
nick.linder@usdoj.gov

David Oscar Markus
MARKUS/MOSS PLLC
dmarkus@markuslaw.com