**FILED**
**08/30/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

US v. Jeremy Gibson
20-cr-00094-TWP-TAB